# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE OF JUSTIN J. KONTUL

**Case Number:** 0:20-cv-01241-WMW-HB

**Case Title:** Patricia Freeman, on behalf of herself and all others similarly situated v. Ally Financial Inc. d/b/a Ally Financial, Resolvion, LLC, and 11th Hour Recovery

### Affidavit of Movant Thomas J. Posey

I, Thomas J. Posey, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Justin J. Kontul, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Western District of Pennsylvania, but not admitted to the bar of this court, who will be counsel for Defendant Ally Financial Inc. d/b/a Ally Financial in the case listed above.

I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court.

Date: June 25, 2020

*/s/ Thomas J. Posey*
Thomas J. Posey
tposey@reedsmith.com
10 S. Wacker Dr., 40th Fl.
Chicago, IL 60606
Tel: 312-207-2893
Fax: 312-207-6400

MN Attorney License #: 0399018

1

## Affidavit of Proposed Admittee Justin J. Kontul

I, Justin J. Kontul, am currently a member in good standing of the U.S. District Court for the Western District of Pennsylvania, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature:  /s/ *Justin J. Kontul*          Date:  June 25, 2020

Typed Name:  Justin J. Kontul

Attorney License Number:  206026   Issued by:  Commonwealth of Pennsylvania

Federal Bar Number (if you have one):  N/A

Law Firm Name:  Reed Smith LLP

Law Firm Address:  225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222

Main phone:  412-288-3131        Direct line:  412-288-3098

E-mail address:  jkontul@reedsmith.com