# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricia Freeman, *on behalf of herself and all others similarly situated*,<br><br>    Plaintiff,<br>v.<br><br>Ally Financial, Inc., d/b/a Ally Financial, Resolvion, LLC and 11th Hour Recovery, Inc.,<br><br>    Defendants. | Case No. 20-cv-1241 (WMW/HB)<br><br>**ORDER ON JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE ANSWER TO REMAINING COUNTS OF PLAINTIFF'S AMENDED COMPLAINT** |

Pursuant to the Joint Stipulation to Extend Defendants' Deadline to File Answer to Remaining Counts of Plaintiff's Amended Complaint (ECF No. 79), entered into by all parties, the Court being duly advised,

**IT IS HEREBY ORDERED** that the Joint Stipulation (ECF No. 79) is **APPROVED** and Defendants' Answers to the remaining counts of Plaintiff's Amended Complaint are to be filed on or before **May 25, 2021**.

No further extensions of this deadline may be requested without the parties first scheduling a conference call with the Court at least **two business days** before the deadline set by this Order.

Dated:  May 5, 2021              s/*Hildy Bowbeer*_____
                                 HILDY BOWBEER
                                 United States Magistrate Judge