# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Patricia Freeman | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-01241-WMW-HB |
| Ally Financial Inc., Resolvion, LLC, 11th Hour Recovery, Inc. | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: 6/21/2021                                                                KATE M. FOGARTY, CLERK